OSCAR HAMMERSTEIN, Respondent, *v.* FLORENCIO CONSTANTINO, Appellant.

*Hammerstein* v. *Constantino,* 164 App. Div. 943, affirmed.
(Submitted April 4, 1917; decided April 24, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered October 30, 1914, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover the sum of $25,000 as liquidated damages under a contract entered into between the plaintiff and the defendant for the employment by the former of the latter as a singer in opera and concerts for a definite period of two seasons, 1908–1909, and 1909–1910, at a salary amounting to $500 for each performance, with an option on the part of the plaintiff to extend such employment for three additional seasons at an increased salary. The contract provides, *inter alia,* "Oscar Hammerstein has the right to demand and collect the sum of $25,000 for a breach of this contract besides the right to obtain an injunction in case Florencio Constantino accepts any other engagement or makes any other contract as a singer and as long as Oscar Hammerstein is ready to give him the employment as specified in the contract." The complaint alleged performance of the contract on the part of the plaintiff and a breach thereof on the part of the defendant by a notice on his part in or about the month of April, 1909, that he would not perform the contract

during any of the following seasons and his abandonment of services thereunder.

*Thomas M. Rowlette* for appellant.

*A. S. Gilbert, Louis J. Vorhaus* and *Charles Goldzier* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, COLLIN, HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ.